UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MALIBU MEDIA, LLC.,

    Plaintiff,

vs.   Case No. 3:12-cv-335-J-99TJC-MCR

JOHN DOES 1-19,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court <u>sua sponte</u>. Pursuant to Local Rule 2.01(d):

> To maintain good standing in the bar of this Court, each attorney admitted under this rule, beginning in the year following the year of the attorney's admission, must pay a periodic fee . . . , **must register with the Clerk of Court and maintain an e-mail address for electronic service** by the Clerk during the attorney's membership in the bar of this Court. An attorney who fails to pay timely the periodic fee or fails without exemption to maintain a registered e-mail address is subject to removal from membership in the bar of this Court.

Local Rules for the Middle District of Florida, Rule 2.01(d) (emphasis added); <u>see also</u> Admin. Procedures for Elec. Filing in Civil & Criminal Cases, U.S. Dist. Court, M.D. Fla.

    A review of the file demonstrates that attorney, Kubs Lalchandani, has not registered for the Court's Case Management/Electronic Case Files ("CM/ECF") system.

    Accordingly, it is **ORDERED**:

    On or before **July 23, 2012**, Mr. Lalchandani shall either: (1) register for CM/ECF, enter his e-mail address for his CM/ECF account, and electronically file a

notice of compliance with this Order; (2) show good cause why he is entitled to an exemption from this requirement; or (3) file a motion to withdraw as counsel in this case.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this __9th__ day of July, 2012.

Copies to:

Counsel of Record

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE